UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES of AMERICA,  Case No: 2:10-00011
                          CHIEF JUDGE HAYNES
vs.

**YENNIER CAPOTE GONZALEZ /**

### REQUEST TO WAIVE DEFENDANT'S APPEARANCE AT PRE-TRIAL CONFERENCE OR IN THE ALTERNATIVE TO ALLOW HIM TO APPEAR TELEPHONICALLY

Comes Now the Defendant by and through his undersigned counsel and respectfully requests this Honorable Court waive his appearance at the Monday October 15, 2012 status/pre-trial conference or in the alternative to allow him to appear telephonically. In support the undersigned would show as follows:

1. The Defendant is residing in Miami, Florida.

2. He is scheduled to appear before this Court on Monday October 15, 2012 for a plea or pre-trail conference. The Defendant is intent on going to trial and his case is on the court docket for the week of October 30, 2012.

3. The Defendant has had no pre-trial release issues since his release in this case.

4. The expense of having to fly to Nashville for the day is very cumbersome for Mr. Capote-Gonzalez. He has asked the undersigned to respectfully ask this Court to waive his appearance or to allow him to appear telephonically. The undersigned will be present to discuss any issues that need to be addressed at the pre-trial conference.

Wherefore based on the foregoing the Defendant by and through his undersigned counsel respectfully requests the Court grant his aforementioned request.