IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:10-00011 |
| | ) | Chief Judge Haynes |
| YENNIER CAPOTE GONZALEZ | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

In accordance with the jury's verdict, the Defendant Yennier Capote Gonzalez is found guilty as to Counts I-VIII. Defendant's property is subject to forfeiture in the following amounts: $4,888 as to Count I of the Forfeiture Allegation, and $14,407 as to Count II of the Forfeiture Allegation. A sentencing hearing will be set by separate Order.

It is so **ORDERED**.

ENTERED this the 5th day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court