IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:10-00011 |
| | ) | Chief Judge Haynes |
| YENNIER CAPOTE GONZALEZ | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The sentencing hearing in this action is **set for Friday, January 25, 2013 at 1:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 5th day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court