UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:10-00011 |
| | ) | Chief Judge Haynes |
| YENNIER CAPOTE GONZALEZ | ) | |

MOTION OF THE GOVERNMENT FOR THE ISSUANCE
AN ORDER AUTHORIZING THE DISTRICT COURT CLERK TO PROVIDE A
COPY OF DEFENDANT'S FINANCIAL AFFIDAVIT TO THE GOVERNMENT

*[Handwritten annotation: GRANTED. This motion is GRANTED based upon priors of this court. /s/ [signature] 11-20-12]*

The United States of America (the Government), by and through its undersigned attorney, hereby moves for the issuance of an order authoring the District Court Clerk to provide a copy of defendant's financial affidavit (D. 8) to the Government. As reasons for this motion the Government state the following.

The Government believes that statements made in defendant's financial affidavit may be inconsistent with statements made during his trial testimony. If so, the inconsistent statements may give raise to a Sentencing Guidelines enhancement that the Government would pursue is applicable in determining defendant's adjusted Sentencing Guidelines offense level. Thus, an issue relevant to a determination of defendant's sentence.