IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 2:10-cr-00011 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| YENNIER CAPOTE GONZALEZ, | ) | |
| | ) | |

# O R D E R

In accordance with the Memorandum filed herewith, the Defendant Yennier Capote Gonzalez's motion for a new trial (Docket Entry No. 107) is **DENIED**.

It is so **ORDERED**.

ENTERED this _10th_ day of December, 2012.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court