UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:10-00011 |
| | ) | Chief Judge Haynes |
| YENNIER CAPOTE GONZALEZ | ) | |

MOTION OF THE GOVERNMENT
TO CONTINUE SENTENCING HEARING

[Handwritten: Granted. The motion is reset for February 15, 2012 at 3:30 pm ... 1-28-13]

The United States of America (the Government), by and through its undersigned attorney, hereby moves do the issuance of an order continuing the sentencing hearing presently scheduled in this case. The Government request that the sentencing hearing in this case be rescheduled for a date and time between February 11th and February 22th, 2013 or to any time and date after March 15, 2013. As reasons for this motion the Government state the following.

A sentencing hearing in this case is currently scheduled to commence at 3:00 p.m., Tuesday, February 5, 2013.

The undersigned attorney is the Government's lead attorney in the case captioned *United States v. Stephen McLaughlin*, Case 3:11-00046. Commencing at 9:00 a.m., Tuesday, February 5, 2013, the *McLaughlin* case is expected to proceed to trial before United States District Judge Todd J. Campbell.

Further, the Government's co-counsel, Assistant U.S. Attorney William Abley, in this case is co-counsel for the Government in the case captioned *United States v. Keith Churn*, Case No. 3:10-00116. Commencing at 9:00 a.m., Tuesday, February 5, 2013 the *Churn* case is expected to proceed to trial before this Honorable Court.