UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES of AMERICA,   Case No: 2:10-00011
                            JUDGE HAYNES
vs.

YENNIER CAPOTE GONZALEZ

MOTION TO BE ALLOWED TO WITHDRAW AS COUNSEL

Comes undersigned counsel in the above cause to move this Honorable Court to be allowed to withdraw as counsel of record, and for grounds would show:

1. That undersigned counsel made an appearance and appeared at trial as second chair counsel to Lawrence Arnkoff.

2. The defendant has been sentenced in this case and Mr. Arnkoff has filed a notice of appeal on behalf of the defendant. The Court has allowed Mr. Arnkoff to withdraw and has directed the office of Federal Defender to obtain counsel for appeal. (DE 140)

3. It has come to the attention of undersigned counsel that the defendant has filed papers which call into question the assistance of counsel by Mr. Arnkoff. (DE 141)

4. Under the circumstances counsel would request that he be allowed to withdraw as counsel of record.