UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:10-00011 |
| | ) | Chief Judge Haynes |
| YENNIER CAPOTE GONZALEZ | ) | |

**MOTION OF THE GOVERNMENT
FOR AN ORDER DIRECTING REGIONS BANK TO DISBURSE
AND PAY-OVER TO THE CLERK'S OFFICE ALL FUNDS IN THE
BUSINESS CHECKING ACCOUNT OF GAINESBORO ULTIMATE MED SERVICE**

The United States of America (the Government), by and through its undersigned attorney, hereby moves for an order directing Regions Bank to disburse and pay-over to the Clerk's Office for United States District Court for the Middle District of Tennessee (hereafter the "Clerk's Office"), all funds in the business checking account of Gainesboro Ultimate Med Service. As reasons for this motion the Government state the following.

Upon defendant Yennier Capote Gonzalez's (hereafter "defendant") application, on or about June 29, 2010 a State of Tennessee Corporate Charter was issued in the name of Gainesboro Ultimate Med Service located at 179 Buck Branch Lane, Gainesboro, Tennessee.

On or about July 16, 2010, defendant opened Regions Bank Business Checking Account number 93320345 in the name of Gainesboro Ultimate Med Service (hereafter "GUMS").