UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:10-00011 |
| | ) | Chief Judge Haynes |
| YENNIER CAPOTE GONZALEZ | ) | |

## ORDER

Upon motion of the Government and for cause shown and other consideration, it is hereby ORDERED that:

Regions Bank shall disburse and pay-over to the Clerk's Office for the Middle District of Tennessee $18,817.42 in funds heretofore frozen in Gainesboro Ultimate Med Service's Regions Bank Business Checking Account Number 93320345;

It is further, ORDERED, that upon the Clerk Office's receipt of the above mentioned funds from Regions Bank said office shall cause a check to be issued in the amount of $18,817.42, made payable to: CIGNA Corporation, Attn: Special Investigation Unit, 900 Cottage Grove Road, Hartford, Connecticut 06002; and,

It is further, ORDERED, that the Clerk's Office shall record in it's record that $155 of said $18,817.42 check made payable to CIGNA as a payment toward the satisfaction of defendant's

$19,454.10 restitution obligation and shall record, in it's records, the remaining $18,662.42 of said check as a return of stolen funds to CIGNA.

So ORDERED, this _____ day of _____,2013

_____
WILLIAM J, HAYNES, JR.
CHIEF U. S. DISTRICT JUDGE

2